*Assistant Attorney General Littell,* and *Messrs. W. Marvin Smith* and *Vernon L. Wilkinson* for the United States.

No. 92. BATES *v.* UNITED STATES. See *ante,* p. 15.

No. 455. REPUBLIC OF MEXICO ET AL. *v.* HOFFMAN. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Morris Lavine* for petitioners. *Mr. Farnham P. Griffiths* for respondent.

No. 469. SPECIAL EQUIPMENT CO. *v.* COE, COMMISSIONER OF PATENTS. November 6, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. James Ballard Moore* and *James M. Graves* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Abraham J. Harris* and *Walter J. Cummings, Jr.* for respondent.

No. 486. HOOVER COMPANY *v.* COE, COMMISSIONER OF PATENTS. November 6, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. William D. Sellers, Richard R. Fitzsimmons,* and *William S. Hodges* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph B. Goldman* for respondent. *Messrs. J. Bernhard Thiess* and *Sidney Neuman* filed a brief on behalf of Paul A. Sturtevant, as *amicus curiae,* in support of the petition.